

**ORDERED in the Southern District of Florida on December 17, 2014.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:                                         CASE No. 14-16556-AJC

ANTHONY K. JOHNSON,                            CHAPTER 13 PROCEEDINGS
      Debtor.
_____/

### ORDER GRANTING DEBTORS' EMERGENCY MOTION TO REOPEN CHAPTER 13 CASE AND SHORTEN PREJUDICE PERIOD

THIS CAUSE having come before the court on December 16, 2014, upon debtor's Motion to Reopen Chapter 13 Case and Shorten Prejudice Period of Dismissal pursuant to 11 U.S.C. § 105 (a), Bankruptcy Rule 5010, and Local Rule 5010-1 (B), and based upon the record, it is:

**ORDERED**:

1. The motion is GRANTED and this Chapter 13 case is reopened.
2. The prejudice period of the dismissal for the Debtor is waived in order to allow Debtor to immediately file a new Chapter 13 case.
3. All funds paid to the trustee will be vested in the new chapter 13 case.

Samuel S. Sorota, Esq., is directed to serve copies of this order on all parties of record and file a certificate of service with the court.